USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KYLE JIGGETTS,

        Plaintiff,

    -v-                          10 Civ. 4242(JSR)

CIGNA HEALTHCARE, et al.,        ORDER

        Defendants.
------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On February 1, 2011, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that the Court grant defendants' motion to dismiss the complaint for failure to state a claim.

        None of the parties has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, dismisses the complaint, with prejudice. Clerk to enter judgment.

        SO ORDERED.

Dated: New York, NY
       February 24, 2010              JED S. RAKOFF, U.S.D.J.